IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| DEWEY DEAN MILLER, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's Filing No. 92 and Filing No. 94, characterized as petitions for relief under habeas corpus, 28 U.S.C. § 2255, are denied.

DATED this 23rd day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court