IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEWEY DEAN MILLER,<br><br>Defendant. | 8:11CR251<br><br><br>ORDER |

This matter is before the court on the judgment [211] of the United States Court of Appeals for the Eighth Circuit, directing the defendant be re-sentenced. Accordingly,

IT IS ORDERED that:

1. A hearing on Re-sentencing is scheduled before the undersigned on **May 7, 2018 at 2:00 p.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

2. **The United States Marshal is directed to return the defendant to the district**; and

3. The Clerk is directed to provide a copy to the defendant, government and U.S. Marshal.

Dated this 26th day of March, 2018.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge