IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEWEY DEAN MILLER,<br><br>    Defendant. | 8:11CR251<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Jason W. Grams to withdraw as counsel for the defendant, Dewey Dean Miller (Filing No. 290). Yvonne D. Sosa has filed an entry of appearance as counsel for Dewey Dean Miller. Therefore, Jason W. Grams' motion to withdraw (Filing No. 290) will be granted.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge